# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUPER SLAM, LTD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1034-CFC |
| | ) |
| ATP TOUR, INC., | ) |
| | ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Super Slam, Ltd ("Plaintiff") and ATP Tour, Inc. ("Defendant") jointly stipulate and agree that all claims asserted by Plaintiff against Defendant in this case shall be dismissed with prejudice. Each party is to bear its own costs.

| | |
|---|---|
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| By: */s/ Tiffany Geyer Lydon* | By: */s/ Jennifer C. Wasson* |
| Philip Trainer, Jr. (#2788) | Jennifer C. Wasson (#4933) |
| Tiffany Geyer Lydon (#3950) | Carla M. Jones (#6046) |
| 500 Delaware Avenue, 8th Floor | Hercules Plaza, 6th Floor |
| P.O. Box 1150 | 1313 North Market Street |
| Wilmington, DE 19899 | P.O. Box 951 |
| Tel: (302) 654-1888 | Wilmington, DE 19801 |
| ptrainer@ashbygeddes.com | Tel: (302) 984-6000 |
| tlydon@ashbygeddes.com | jwasson@potteranderson.com |
| | cjones@potteranderson.com |
| *Counsel for Defendant ATP Tour, Inc.* | |
| | *Counsel for Plaintiff Super Slam, Ltd* |

| | |
|---|---|
| *Of Counsel*: | *Of Counsel*: |
| Bradley I. Ruskin<br>Jordan B. Leader<br>PROSKAUER ROSE LLP<br>11 Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>bruskin@proskauer.com<br>jleader@proskauer.com | Jeffrey L. Kessler<br>David G. Feher<br>Mark E. Rizik Jr.<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 294-6700<br>jkessler@winston.com<br>dfeher@winston.com<br>mrizik@winston.com<br><br>Jeanifer E. Parsigian (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 591-1000<br>jparsigian@winston.com |

Dated:  February 23, 2022